```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 15526
   SYLVIA CARSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-2545


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 08/27/2007 and was confirmed 10/11/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was converted to chapter 7 after confirmation 04/22/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
TOYOTA MOTOR CREDIT CORP SECURED VEHIC         .00           .00           .00
DISCOVER FINANCIAL SERVI UNSECURED          6199.38          .00           .00
AMERICAN EXPRESS CENTURI UNSECURED           591.78          .00           .00
BANK OF AMERICA          UNSECURED        NOT FILED          .00           .00
B-REAL LLC               UNSECURED          7299.54          .00           .00
DISCOVER FINANCIAL SERVI UNSECURED        NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED            371.05         .00           .00
TOYOTA MOTOR CREDIT      UNSECURED            780.57         .00           .00
ROBERT J SEMRAD & ASSOC  ATTORNEY            3493.00         .00        1247.61
ERNESTO D BORGES JR      DEBTOR ATTY          .00                          .00
TOM VAUGHN               TRUSTEE                                         97.92
DEBTOR REFUND            REFUND                                         184.34

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 1,529.87

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                1,247.61
TRUSTEE COMPENSATION                             97.92
DEBTOR REFUND                                   184.34
                        --------------    --------------
TOTALS                  1,529.87              1,529.87




             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 15526 SYLVIA CARSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 07/18/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |